No. 71–1038.   CITY OF THOUSAND OAKS *v.* VAN NUYS PUBLISHING CO., INC.   Sup. Ct. Cal.   Certiorari denied.

No. 71–1046.   GRIFFITH *v.* ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.

No. 71–1055.   ANDERSON *v.* COLORADO.   Sup. Ct. Colo. Certiorari denied.

No. 71–1079.   HAY *v.* TRUSCOTT ET AL.   Sup. Ct. Pa. Certiorari denied.

No. 71–5035.   SAMPERI *v.* NEW YORK.   Ct. App. N. Y. Certiorari denied.

No. 71–5309.   JORDAN *v.* PROCUNIER, CORRECTIONS DIRECTOR.   Sup. Ct. Cal.   Certiorari denied.

No. 71–5355.   MOSES *v.* EYMAN, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 71–5465.   CROSSWHITE *v.* SWENSON, WARDEN. C. A. 8th Cir.   Certiorari denied.

No. 71–5585.   MARTIN *v.* PATE, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 71–5587.   PLAIR *v.* OHIO.   Sup. Ct. Ohio.   Certiorari denied.

No. 71–5755.   MONSOUR *v.* CADY, WARDEN, ET AL. Sup. Ct. Wis.   Certiorari denied.

No. 71–5964.   LAUCHLI *v.* HARRIS, WARDEN, ET AL. C. A. 7th Cir.   Certiorari denied.

No. 71–5965.   BETHEA *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.